

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Danielle Brook-Lynn Faulkner, Appellant

No. 06-22-00087-CR        v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 19-0425X).  Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Danielle Brook-Lynn Faulkner, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MARCH 8, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk